EXHIBIT A

cit pps sac1

FILED
8/31/2017 10:04 AM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Krystal Gonzalez

CAUSE NO. **2017CI16614**

| | | |
|---|---|---|
| JUAN GARCIA | § | IN THE DISTRICT COURT |
| | § | |
| | § | 438 |
| V. | § | _____JUDICIAL DISTRICT |
| | § | |
| | § | |
| AMERICAN SECURITY | § | |
| INSURANCE COMPANY | § | BEXAR COUNTY, TEXAS |

### PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff JUAN GARCIA, files this Original Petition against AMERICAN SECURITY

INSURANCE COMPANY ("AMERICAN SECURITY" or the "INSURANCE DEFENDANT"),

and in support thereof, would show as follows:

### I.
### DISCOVERY CONTROL PLAN LEVEL

Plaintiff intends for discovery to be conducted under Level 3 of Rule 190 of the Texas Rules

of Civil Procedure. This case involves complex issues and will require extensive discovery. Therefore,

Plaintiff will ask the Court to order that discovery be conducted in accordance with a discovery control

plan tailored to the particular circumstances of this suit.

### II.
### PARTIES AND SERVICE

Plaintiff resides in Bexar County, Texas.

Defendant AMERICAN SECURITY is in the business of insurance in the State of Texas.

The insurance business done by INSURANCE DEFENDANT in Texas includes, but is not limited

to, the following:

1

- The making and issuing of contracts of insurance with the Plaintiff;

- The taking or receiving of application for insurance, including the Plaintiff's application for insurance;

- The receiving or collection of premiums, commissions, membership fees, assessments, dues or other consideration for any insurance or any part thereof, including any such consideration or payments from the Plaintiff; and

- The issuance or delivery of contracts of insurance to residents of this state or a person authorized to do business in this state, including the Plaintiff.

This defendant may be served with personal process, by its registered agent, Corporation Service Company, 211 East 7th Street Suite 620, Austin, Texas 78701 or wherever else it may be found.

**III.**
**JURISDICTION AND VENUE**

Venue is appropriate in Bexar County, Texas because all or part of the conduct giving rise to the causes of action were committed in Bexar County, Texas and the Plaintiff and property which is the subject of this suit are located in Bexar County, Texas.

Accordingly, venue is proper pursuant to Texas Civil Practice & Remedies Code §15.002.

**IV.**
**FACTS**

Plaintiff is the owner of a Texas Homeowner's Insurance Policy (hereinafter referred to as "the Policy"), which was issued by INSURANCE DEFENDANT.

Plaintiff owns the insured property, which is specifically located at, 1103 Mariposa Drive, San Antonio, Texas 78201,  (hereinafter referred to as "the Property").

INSURANCE DEFENDANT sold the Policy insuring the Property to Plaintiff.

During the terms of said Policy, on or about February 15, 2017 under Policy No. MLR803356101 and Claim No. 00200877046, Plaintiff sustained covered losses in the form

2

of wind and/or hail damage and damages resulting therefrom, and Plaintiff timely reported same pursuant to the terms of the Policy. Plaintiff asked that INSURANCE DEFENDANT cover the cost of repairs to the Property pursuant to the Policy. INSURANCE DEFENDANT failed to conduct a full, fair and adequate investigation of Plaintiff's covered damages.

As detailed in the paragraphs below, INSURANCE DEFENDANT wrongfully denied Plaintiff's claim for repairs to the Property, even though the Policy provided coverage for losses such as those suffered by Plaintiff. Furthermore, INSURANCE DEFENDANT failed to pay Plaintiff's claim by not providing full coverage for the damages sustained by Plaintiff.

To date, INSURANCE DEFENDANT continues to delay in the payment for the damages to the Property.

INSURANCE DEFENDANT failed to perform its contractual duty to adequately compensate Plaintiff under the terms of their Policy. Specifically, INSURANCE DEFENDANT refused to pay the full proceeds of the Policy after conducting an outcome-oriented investigation, although due demand was made for proceeds to be paid in an amount sufficient to cover the damaged property, and all conditions precedent to recovery under the Policy have been carried out and accomplished by Plaintiff. INSURANCE DEFENDANT'S conduct constitutes a breach of the insurance contract between it and Plaintiff.

Pleading further, INSURANCE DEFENDANT misrepresented to Plaintiff that the damage to the Property was not covered under the Policy, even though the damage was caused by a covered occurrence. INSURANCE DEFENDANT'S conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices. TEX. INS. CODE §541.060(a)(1).

INSURANCE DEFENDANT failed to make an attempt to settle Plaintiff's claim in a fair manner, although it was aware of its liability to Plaintiff under the Policy. Its conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices. TEX. INS. CODE §541.060(a)(2)(A).

INSURANCE DEFENDANT failed to explain to Plaintiff any valid reason for its coverage denial and offer of an inadequate settlement. Specifically, it failed to offer Plaintiff full compensation, without any valid explanation why full payment was not being made. Furthermore, INSURANCE DEFENDANT did not communicate that any future settlements or payments would be forthcoming to pay for the entire loss covered under the Policy, nor did it provide any explanation for the failure to adequately settle Plaintiff's claim. INSURANCE DEFENDANT conduct is a violation of the Texas Insurance Code, Unfair Settlement Practices. TEX. INS. CODE §541.060(a)(3).

INSURANCE DEFENDANT failed to meet its obligations under the Texas Insurance Code regarding timely acknowledging Plaintiff's claim, beginning an investigation of Plaintiff's claim, and requesting all information reasonably necessary to investigate Plaintiff's claim within the statutorily mandated time of receiving notice of Plaintiff's claim. Its conduct constitutes a violation of the Texas Insurance Code, Prompt Payment of Claims. TEX. INS. CODE §542.055.

Further, INSURANCE DEFENDANT failed to accept or deny Plaintiff's full and entire claim within the statutorily mandated time of receiving all necessary information. Its conduct constitutes a violation of the Texas Insurance Code, Prompt Payment of Claims. TEX. INS. CODE §542.056.

INSURANCE DEFENDANT failed to meet its obligations under the Texas Insurance Code regarding payment of claims without delay. Specifically, it has delayed full payment of Plaintiff's claim and, to date, Plaintiff has not received full payment for the claim. Its conduct

constitutes a violation of the Texas Insurance Code, Prompt Payment of Claims. TEX. INS. CODE §542.058.

From and after the time Plaintiff's claim was presented to INSURANCE DEFENDANT, its liability to pay the full claim in accordance with the terms of the Policy was reasonably clear. However, it has refused to pay Plaintiff in full, despite there being no basis whatsoever upon which a reasonable insurance company would have relied to deny the full payment. INSURANCE DEFENDANT'S conduct constitutes a breach of the common law duty of good faith and fair dealing.

Additionally, INSURANCE DEFENDANT knowingly or recklessly made false representations, as described above, as to material facts and/or knowingly concealed all or part of material information from Plaintiff.

Because of INSURANCE DEFENDANT'S wrongful acts and omissions, Plaintiff was forced to retain the professional services of the attorney and law firm who is representing Plaintiff with respect to these causes of action.

## V.
## CAUSES OF ACTION AGAINST INSURANCE DEFENDANT

### A.    BREACH OF CONTRACT

INSURANCE DEFENDANT'S conduct constitutes a breach of the insurance contract between it and Plaintiff. Defendant's failure and/or refusal, as described above, to pay Plaintiff adequate compensation as it is obligated to do under the terms of the Policy in question, and under the laws of the State of Texas, constitutes a breach of the insurance contract with Plaintiff.

**B.      NONCOMPLIANCE WITH TEXAS INSURANCE CODE:**

**1.      UNFAIR SETTLEMENT PRACTICES**

INSURANCE DEFENDANT'S conduct constitutes multiple violations of the Texas Insurance Code, Unfair Settlement Practices: TX. INS. CODE §541.060(a). All violations under this article are made actionable by TEX. INS. CODE §541.151.

INSURANCE DEFENDANT'S unfair settlement practice, as described above, of misrepresenting to Plaintiff material facts relating to the coverage at issue, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. TEX. INS. CODE §541.060(a)(1).

INSURANCE DEFENDANT'S unfair settlement practice, as described above, of failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of the claim, even though its liability under the Policy was reasonably clear, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. TEX. INS. CODE §541.060(a)(2)(A).

INSURANCE DEFENDANT'S unfair settlement practice, as described above, of refusing to pay Plaintiff's claim without conducting a reasonable investigation, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. TEX. INS. CODE §541.060(a)(7).

**2.      THE PROMPT PAYMENT OF CLAIMS**

INSURANCE DEFENDANT'S conduct constitutes multiple violations of the Texas Insurance Code, Prompt Payment of Claims. All violations made under this article are made actionable by TEX. INS. CODE §542.060.

INSURANCE DEFENDANT'S failure to acknowledge receipt of Plaintiff's claim, commence investigation of the claim, and request from Plaintiff all items, statements, and forms that it reasonably believed would be required within the applicable time constraints, as described above, constitutes a non-prompt payment of claims and a violation of TEX. INS. CODE §542.055.

INSURANCE DEFENDANT'S failure to notify Plaintiff in writing of its acceptance or rejection of the claim within the applicable time constraints constitutes a non-prompt payment of the claim. TEX. INS. CODE §542.056.

INSURANCE DEFENDANT'S delay of the payment of Plaintiff's claim following its receipt of all items, statements, and forms reasonably requested and required, longer than the amount of time provided for, as described above, constitutes a non-prompt payment of the claim. TEX. INS. CODE §542.058.

## C.    BREACH OF THE DUTY OF GOOD FAITH AND FAIR DEALING

INSURANCE DEFENDANT'S conduct constitutes a breach of the common law duty of good faith and fair dealing owed to insureds pursuant to insurance contracts.

INSURANCE DEFENDANT'S failure, as described above, to adequately and reasonably investigate and evaluate Plaintiff's claim, although, at that time, it knew or should have known by the exercise of reasonable diligence that its liability was reasonably clear, constitutes a breach of the duty of good faith and fair dealing.

**VI.**
**KNOWLEDGE**

Each of the acts described above, together and singularly, was done "knowingly" by INSURANCE DEFENDANT as that term is used in the Texas Insurance Code, and was a producing cause of Plaintiff's damages described herein.

## VII.
## DAMAGES

Plaintiff would show that all of the aforementioned acts, taken together or singularly, constitute the proximate and producing causes of the damages sustained by Plaintiff.

As previously mentioned, the damages caused by the covered losses have not been properly addressed or repaired in the months since the loss occurred, causing further damage to the Property, and causing undue hardship and burden to Plaintiff. These damages are a direct result of INSURANCE DEFENDANT'S mishandling of Plaintiff's claim in violation of the laws set forth above.

For breach of contract, Plaintiff is entitled to regain the benefit of the bargain, which is the amount of the claim, together with attorney's fees.

For noncompliance with the Texas Insurance Code, Unfair Settlement Practices, Plaintiff is entitled to actual damages, which include the loss of the benefits that should have been paid pursuant to the policy, court costs, and attorney's fees. For knowing conduct of the acts described above, Plaintiff asks for three times the actual damages. TEX. INS. CODE §541.152.

For noncompliance with the Texas Insurance Code, Prompt Payment of Claims, Plaintiff is entitled to the amount of Plaintiff's claim, as well as eighteen (18) percent interest per annum on the amount of such claim as damages, together with attorney's fees. TEX. INS. CODE §542.060.

For breach of the common law duty of good faith and fair dealing, Plaintiff is entitled to compensatory damages, including all forms of loss resulting from the insurer's breach of duty, such as additional costs, losses due to nonpayment of the amount the insurer owed, and exemplary damages.

For the prosecution and collection of this claim, Plaintiff has been compelled to engage the services of the attorney whose name is subscribed to this pleading. Therefore, Plaintiff is entitled to recover a sum for the reasonable and necessary services of Plaintiff's attorney in the preparation and trial of this action, including any appeals to the Court of Appeals and/or the Supreme Court of Texas.

## VIII.

In addition, as to any exclusion, condition, or defense pled by INSURANCE DEFENDANT, Plaintiff would show that:

The clear and unambiguous language of the policy provides coverage for damage caused by losses made the basis of Plaintiff's claim, including the cost of access to fix the damages;

In the alternative, any other construction of the language of the policy is void as against public policy;

Any other construction and its use by the INSURANCE DEFENDANT violates the Texas Insurance Code section 541 et. seq. and is void as against public policy;

Any other construction is otherwise void as against public policy, illegal, and violates state law and administrative rule and regulation.

In the alternative, should the Court find any ambiguity in the policy, the rules of construction of such policies mandate the construction and interpretation urged by Plaintiff;

In the alternative, INSURANCE DEFENDANT is judicially, administratively, or equitably estopped from denying Plaintiff's construction of the policy coverage at issue;

In the alternative, to the extent that the wording of such policy does not reflect the true intent of all parties thereto, Plaintiff pleads the doctrine of mutual mistake requiring information.

## IX.
## REQUEST FOR DISCLOSURES

Pursuant to the Texas Rules of Civil Procedure 194, Plaintiff requests that INSURANCE

DEFENDANT provide the information required in a Request for Disclosure.

## X.
## FIRST REQUEST FOR PRODUCTION TO INSURANCE DEFENDANT

1) Produce the INSURANCE DEFENDANT's complete claim file (excluding all privileged portions) in your possession for Plaintiff's property relating to or arising out of any damages caused by the loss for which INSURANCE DEFENDANT opened a claim under the Policy. Please produce a privilege log for any portions withheld on a claim of privilege.

2) Produce all non-privileged emails and other forms of communication between INSURANCE DEFENDANT, its agents, adjusters, employees, or representatives and the adjuster, and/or their agents, adjusters, representatives or employees relating to, mentioning, concerning or evidencing the Plaintiff's property which is the subject of this suit.

3) Produce any complete claim file (excluding all privileged portions) in the INSURANCE DEFENDANT's possession for the Plaintiff/insured and/or for the Plaintiff's property as listed in the Plaintiff's Original Petition, relating to or arising out of any claim for damages which INSURANCE DEFENDANT opened a claim under any policy. Please produce a privilege log for any portions withheld on a claim of privilege.

## XI.

As required by Rule 47(b), Texas Rules of Civil Procedure, Plaintiff's counsel states that

the damages sought are in an amount within the jurisdictional limits of this Court. As required by

Rule 47(c), Texas Rules of Civil Procedure, Plaintiff's counsel states that Plaintiff seeks monetary

relief, the maximum of which is over $100,000 but not more than $200,000. The amount of

monetary relief actually awarded, however, will ultimately be determined by a jury. Plaintiff also

seeks pre-judgment and post-judgment interest at the highest legal rate.

## XII.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that INSURANCE DEFENDANT be cited to appear and answer herein; that, on final hearing, Plaintiff have judgment against INSURANCE DEFENDANT for an amount, deemed to be just and fair by the jury, which will be a sum within the jurisdictional limits of this Court; for costs of suit; for interest on the judgment; for pre-judgment interest; and, for such other and further relief, in law or in equity, either general or special, including the non-monetary relief of declaratory judgment against the INSURANCE DEFENDANT, to which Plaintiff may be justly entitled.

Respectfully submitted,

KETTERMAN ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, Texas 78232
Telephone:     (210) 490-7402
Facsimile:     (210) 490-8372


BY:     /s/ Robert A. Pollom_____
Robert A. Pollom
State Bar No. 24041703
robert@krwlawyers.com
Jake S. Rogiers
State Bar No. 24069066
jake@krwlawyers.com

ATTORNEYS FOR PLAINTIFF


**PLAINTIFF REQUESTS A TRIAL BY JURY**

# EXHIBIT B



**null / ALL**
**Transmittal Number: 17239021**
**Date Processed: 10/09/2017**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Ms. Mona Cohen<br>Assurant<br>11222 Quail Roost Drive<br>Miami, FL 33157-6596 |

| | |
|---|---|
| **Entity:** | American Security Insurance Company<br>Entity ID Number  1874436 |
| **Entity Served:** | American Security Insurance Company |
| **Title of Action:** | Juan Garcia vs. American Security Insurance Company |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Bexar County District Court, Texas |
| **Case/Reference No:** | 2017CI16614 |
| **Jurisdiction Served:** | Texas |
| **Date Served on CSC:** | 10/06/2017 |
| **Answer or Appearance Due:** | 10:00 am Monday next following the expiration of 20 days after service |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Robert A. Pollom<br>210-490-7402 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

PRIVATE PROCESS

Case Number: 2017-CI-16614

2017CI16614  S00001

**JUAN GARCIA**

**VS.**

**AMERICAN SECURITY INSURANCE COMPANY**

(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
438th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To: AMERICAN SECURITY INSURANCE COMPANY

BY SERVING ITS REGISTERED AGENT, CORPORATION SERVICE COMPANY

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION , a default judgment may be taken against you." Said ORIGINAL PETITION  was filed on the 31st day of August, 2017.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 11TH DAY OF SEPTEMBER A.D., 2017.

ROBERT A POLLOM
ATTORNEY FOR PLAINTIFF
16500 SAN PEDRO AVE 302
SAN ANTONIO, TX 78232-2241



**Donna Kay McKinney**
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas 78205

By: *Christopher Morrow*,  Deputy

---

JUAN GARCIA
VS
AMERICAN SECURITY INSURANCE COMPANY

**Officer's Return**

Case Number: 2017-CI-16614
Court: 438th Judicial District Court

I received this CITATION on the_____ day of_____, 20_____ at _____o'clock ___M. and:(  ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION   on the date of delivery endorsed on it to_____, in person  on the _____ day of_____, 20_____ at _____ o'clock ___M. at:_____ or  (  )  not  executed  because _____

Fees:_____ Badge/PPS #:_____ Date certification expires:_____

_____County, Texas

By :_____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____

. NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of_____, 20_____.

_____
Declarant

ORIGINAL (DK002)

EXHIBIT C

FILED
10/30/2017 9:00 AM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Belinda Sanchez

Case 5:17-cv-01127-XR   Document 1-1   Filed 11/03/17   Page 17 of 60

## CAUSE NO.  2017CI16614

| | | |
|---|---|---|
| **JUAN GARCIA,** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **438TH JUDICIAL DISTRICT** |
| | § | |
| **AMERICAN SECURITY INSURANCE** | § | |
| **COMPANY,** | § | |
| | § | |
| **Defendant.** | § | **BEXAR COUNTY, TEXAS** |

## DEFENDANT'S ORIGINAL ANSWER

Defendant American Security Insurance Company files this Original Answer and Requests for Disclosure against Plaintiff Robert Castillo as follows:

### I.
### GENERAL DENIAL

1.      Pursuant to Texas Rule of Civil Procedure 92, Defendant asserts a general denial to all claims and causes of action asserted by Plaintiff and demands strict proof thereof by a preponderance of the evidence.

### II.
### VERIFIED DENIAL

2.      Plaintiff's claims are barred, in whole or in part, because Plaintiff is not entitled to recovery in the capacity in which he sues.

### III.
### AFFIRMATIVE DEFENSES

3.      Plaintiff's claims are barred, in whole or in part, because paragraph 1.b of the "General Exclusions" section of the policy excludes losses caused by earth movement, including earth sinking, rising or shifting.

4.      Plaintiff's claims are barred, in whole or in part, because paragraph 1.e in the

"General Exclusions" section of the policy excludes losses caused by your neglect, meaning your neglect to use all reasonable means to save and preserve property at and after the time of the loss.

5.      Plaintiff's claims are barred, in whole or in part, because paragraph 2.c of the "General Exclusions" section of the policy excludes losses caused by inadequate or defective; (1) planning, zoning, development, surveying, siting; (2) design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction; (3) material used in repair, construction, renovation or remodeling; or (4) maintenance.

6.      Plaintiff's claims are barred, in whole or in part, because paragraph 3.a in the "Perils Insured Against" section of the policy excludes losses caused by freezing, thawing, pressure, or weight of water or ice, whether driven by wind or not, to a (1) fence, pavement, patio or swimming pool; (2) footing, foundation, bulkhead, wall, or any other structure or device that supports all or part of a building or other structure.

7.      Plaintiff's claims are barred, in whole or in part, because paragraph 3.f in the "Perils Insured Against" section of the policy excludes losses caused by: (1) wear and tear, marring, deterioration; (2) inherent vice, latent defect, mechanical breakdown; (3) smog, rust or other corrosion, fungi, mold, wet or dry rot; (4) smoke from agricultural smudging or industrial operations; (5) discharge, dispersal, seepage, migration release or escape of pollutants; (6) settling, shrinking, bulging or expansion, including resultant cracking, of pavements, patios, foundations, walls, floors, roofs or ceilings; or (7) birds, vermin, rodents, insects, or domestic animals.

8.      Plaintiff's claims are barred, in whole or in part, because Plaintiff lacked standing to assert the claims presented in the Original Petition.

9.      Plaintiff's claims are barred, in whole or in part, by the doctrines of accord and

satisfaction, ratification, consent, settlement, payment, release, acquiescence, unclean hands, and/or *in pari delicto*.

10.     Plaintiff's claims are barred, in whole or in part, because Plaintiff has failed to state a claim or cause of action for punitive damages.

11.     Plaintiff's claims are barred, in whole or in part, by the doctrines of waiver and/or estoppel.

12.     Plaintiff's claims are barred, in whole or in part, by statutes of limitations and/or the doctrine of laches.

13.     Plaintiff's claims are barred, in whole or in part, by the filed rate doctrine.

14.     Plaintiff's claims are barred, in whole or in part, by the doctrines of contributory and/or comparative negligence.

15.     Plaintiff's claims are barred, in whole or in part, by the economic loss doctrine.

16.     Plaintiff's claims are barred, in whole or in part, because Plaintiff failed to mitigate his damages.

17.     Plaintiff's claims are barred, in whole or in part, because any damages suffered by Plaintiff were caused by the acts and omissions of a party or parties over whom Defendant did not exercise control or right of control.

18.     Plaintiff's claims are barred, in whole or in part, because Plaintiff has failed to state a claim upon which relief can be granted.  Plaintiff has failed to describe how a denial of the claim converts, what is in fact, a mere contractual claim into extra-contractual tort claims and causes of action under the Texas Insurance Code.

19.     Plaintiff's claims are barred, in whole or in part, by the specific terms of the Policy contract.

20.     Plaintiff's claims and allegations of "bad faith" are barred, in whole or in part, because Defendant's liability to Plaintiff was not reasonably clear.   A bona fide controversy existed and continues to exist concerning Plaintiff's entitlement to insurance proceeds from Defendant, and Defendant's liability, if any, has never become reasonably clear.   Accordingly, Defendant had a reasonable basis for denying Plaintiff's claim.

21.     Defendant avers that any award of punitive damages to Plaintiff in this case would be in violation of the constitutional rights and safeguards provided to it under the Constitution of the State of Texas and the Constitution of the United States of America including, without limitation, that there are no constraining limitations placed on a jury's discretion in considering the imposition or amount of punitive damages, there are no meaningful trial court and appellate review mechanisms to constitutionally confirm any punitive damage award, and imposition of a punitive damage award would allow a verdict tainted by passion and prejudice.

22.     Imposition of punitive damages in this case would constitute a violation of Defendant's constitutional rights under the Fourth, Fifth, Sixth, Eighth, and Fourteenth Amendments to the United States Constitution.

23.     Imposition of punitive damages in this case would constitute a violation of due process and/or would be a violation of the statutory law of this state providing for a penalty. Plaintiff is not entitled to an award of punitive damages absent strict compliance with Chapter 41 of the Texas Civil Practice and Remedies Code.

24.     Any award of punitive damages in this case would violate the constitutional rights and safeguards provided to Defendant under the Due Process Clause of the Fourteenth Amendment and/or Fifth Amendment to the Constitution of the United States of America and/or

-4-

under the Due Course Clause of Article I, Sections 13 and 19 of the Constitution of the State of Texas, in that punitive damages and any method of which they might be assessed are unconstitutionally vague and not rationally related to a legitimate government interest.

25.     Any award of punitive damages in this case would violate the procedural and/or substantive safeguards provided to Defendant under the Fifth, Sixth, Eighth, and/or Fourteenth Amendments to the Constitution of the United States and/or under Article I, Sections 13 and 19 of the Constitution of the State of Texas, in that punitive damages are penal in nature and, consequently, Defendant is entitled to the same procedural and substantive safeguards afforded to criminal Defendants.

26.     Defendant avers that it would violate the Self-Incrimination Clause of the Fifth Amendment to the Constitution of the United States of America and/or Article I, Section 10 of the Constitution of the State of Texas, to impose punitive damages against it, which are penal in nature, yet would compel them to disclose potentially incriminating documents and evidence.

27.     It is a violation of the rights and safeguards guaranteed by the Constitution of the United States of America and/or the Constitution of the State of Texas to impose punitive damages against Defendant which are penal in nature by requiring a burden of proof on Plaintiff which is less than the "beyond a reasonable doubt" burden of proof required in criminal cases.

28.     Defendant avers that any award of punitive damages to Plaintiff in this case will violate the Eighth Amendment to the Constitution of the United States and/or Article I, Section 13 of the Constitution of the State of Texas, in that said punitive damages would be an imposition of an excessive fine.

29.     It would be unconstitutional to award any punitive damages as such would violate the Fifth and Fourteenth Amendments to the United States Constitution and Article I, Sections

13 and 19 of the Constitution of the State of Texas in that:

      a.      Said damages are intended to punish and deter Defendant, and thus this proceeding is essentially criminal in nature;

      b.      Defendant is being compelled to be a witness against itself in a proceeding essentially and effectively criminal in nature, in violation of their rights to due process;

      c.      The Plaintiff's burden of proof to establish punitive damages in this proceeding, effectively criminal in nature, is less than the burden of proof required in other criminal proceedings, and thus violates Defendant's rights to due process;

      d.      That inasmuch as this proceeding is essentially and effectively criminal in nature, Defendant is being denied the requirement of notice of the elements of the offense and the law and the authorities authorizing punitive damages are sufficiently vague and ambiguous so as to be in violation of the Due Process Clause of the Fifth Amendment and/or the Fourteenth Amendment of the United States Constitution and also in violation of Article I, Sections 13 and 19 of the Constitution of the State of Texas.

30.     Plaintiff has sustained no injury from the alleged conduct of Defendant.

31.     Plaintiff's claims are barred, in whole or in part, because Defendant's claim-handling practices and all related activities conformed in every respect to accepted industry standards and practices.

32.     Plaintiff's claims are barred, in whole or in part, because Defendant would show that there is an inherent mutual duty of good faith in the agreements related to this action and that Plaintiff may have failed to act in good faith.

33.     There has been no reasonable showing by evidence in the record or proffered by Plaintiff which would provide a reasonable basis for recovery of punitive damages as required by Section 41.003 of the Texas Civil Practice & Remedies Code, therefore, that claim should not be allowed to proceed and should be dismissed and in all respects subject to the limitations set forth

in Chapter 41 of the Texas Civil Practice & Remedies Code.

34.    Plaintiff is not entitled to the recovery of attorney's fees and has failed to provide the statutory notices required to show entitlement to the same.

35.    Plaintiff's claims for attorney's fees are barred in whole or in part because Plaintiff made an unreasonably excessive demand upon Defendant.

36.    Plaintiff's claims for attorney's fees are barred in whole or in part because Plaintiff made an excessive demand upon Defendant in bad faith.

37.    Defendant expressly reserves and preserves any and all rights it may have under the Policy or otherwise including, but not limited to, any right they may have to seek appraisal of the claims at issue.

## IV.
## REQUESTS FOR DISCLOSURE

38.    Pursuant to Rule 194, Plaintiff is requested to disclose, within 30 days of service of this request, the information or material described in Rule 194.2(a)-(i).

Respectfully submitted,

**EDISON, MCDOWELL & HETHERINGTON LLP**

By: */s/ Bradley J. Aiken* _____
    Bradley J. Aiken
    State Bar No. 24059361
    Anne Kathryn Hunter
    State Bar No. 24104002
First City Tower
1001 Fannin Street, Suite 2700
Telephone:  713-337-5580
Facsimile:  713-337-8850
Brad.aiken@emhllp.com
Annekathryn.hunter@emhllp.com
*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on October 30, 2017, on the following counsel of record by eServe:

Robert A. Pollom
Jake S. Rogiers
Ketterman Rowland & Westlund
16500 San Pedro, Suite 302
San Antonio, Texas 78232
Phone:   (210) 490-7402
Fax:       (210) 490-8372
Robert@krwlawyers.com
jake@krwlawyers.com

/s/ Anne Kathryn Hunter
Anne Kathryn Hunter

# EXHIBIT D

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JUAN GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| AMERICAN SECURITY INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Defendant. | § | |

## AFFIDAVIT OF ANNE KATHRYN HUNTER

BEFORE ME, the undersigned authority, personally appeared ANNE KATHRYN HUNTER who, being duly sworn, deposed as follows:

1.   My name is Anne Kathryn Hunter.  I am over the age of 21 years, of sound mind, and I am fully competent to testify to the matters set forth herein.  I have personal knowledge of the statements contained herein and the facts stated herein are true and correct.

2.   I am an attorney with the law firm Edison, McDowell & Hetherington LLP ("EMH"), licensed to practice in the State of Texas.

3.   Attached as Exhibit 1 is a true and correct copy of a Lexis Nexis Accurint Comprehensive Address Report on 1103 W Mariposa Dr., San Antonio, TX 78201-2909, run by EMH.

4.   The attached records are kept by EMH in the regular course of business and are in my custody or subject to my control, supervision or direction.  In the regular course of business the attached records were created by searching the Lexis Nexus database.  The records were made at or near the time when the acts, events, conditions and other information contained therein occurred, were observed or rendered.  The records attached hereto are the originals or exact duplicates of the originals.

Further Affiant sayeth not.

_____

Anne Kathryn Hunter

SWORN TO AND SUBSCRIBED BEFORE ME on this 3rd th day of November, 2017.



ANA SANCHEZ
Notary ID 12585463-6
My Commission Expires
October 29, 2018

Notary Public in and for the State of Texas

My commission expires: 10/29/18

# EXHIBIT D-1

National Comprehensive Report



**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state´s Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:** Fraud Prevention or Detection
**Your DMF Permissible Use:** No Permissible Purpose

# National Comprehensive Report

**Date:** 10/31/17
**Reference Code:** 3054.000092

**Report Legend:**
**S** - Shared Address
**D** - Deceased
✔ - Probable Current Address

**Report processed by:**

EDISON MCDOWELL & HETHERINGTON LLP
3200 SOUTHWEST FWY STE 2100

7133375580 Main Phone

**Comprehensive Report Summary:**
    Names Associated With Subject:
     10 Found
    Others Associated With Subjects SSN:
     None Found
    Bankruptcies:
     None Found
    Liens and Judgments:
     None Found
    UCC Filings:
     None Found
    Phones Plus:
     None Found
    Email Address:
     6 Found
    People at Work:
     1 Found
    Driver´s License:
     9 Found
    Address(es) Found:
     0 Verified and 19 Non-Verified Found
    Possible Properties Owned:
     2 Found
    Motor Vehicles Registered:
     7 Found
    Watercraft:
     None Found
    FAA Certifications:
     None Found
    FAA Aircrafts:
     None Found

Possible Criminal Records:
  8 Found
Sexual Offenses:
  None Found
 Florida Accidents:
  None Found
Professional Licenses:
  None Found
Voter Registration:
  None Found
Hunting/Fishing Permit:
  None Found
Concealed Weapons Permit:
  None Found
DEA Controlled Substances:
  None Found


**Subject Information:  (Best Information for Subject)**
**Name:** JOHN R GARCIA   DOB█████1962
**SSN:** ████-xxxx issued in Texas  between  *1/1/1978*  and  *12/31/1979*
**Age:** 55


**Names Associated With Subject:**

JOHN GARCIA  LexID: 891169982 DOB█████/1962
████████ issued in Texas  between 1/1/1978  and  12/31/1979
JOHN J GARCIA  LexID: 891169982 DOB████/1962
████-xxxx issued in Texas  between 1/1/1978  and  12/31/1979
JUAN R GARCIA  LexID: 891169982 DOB:████/1962
████xxxx issued in Texas  between 1/1/1978  and  12/31/1979
GARCIA JUAN RAUL  LexID: 891169982 DOB:████/1962
████-xxxx issued in Texas  between 1/1/1978  and  12/31/1979
 R GARCIAJUAN  LexID: 891169982 DOB:████/1962
████-xxxx issued in Texas  between 1/1/1978  and  12/31/1979
 JUAN RAUL GARCIA  LexID: 891169982 DOB████1962
████-xxxx issued in Texas  between 1/1/1978  and  12/31/1979
JUAN RAUL GARCIA  LexID: 891169982 DOB████1962
████-xxxx issued in Texas  between 1/1/1978  and  12/31/1979
JUAN GARCIA  LexID: 891169982 DOB████/1962
████-xxxx issued in Texas  between 1/1/1978  and  12/31/1979
JUAN RAUL GARCIA LAREDO  LexID: 891169982 DOB:████/1962
████-xxxx issued in Texas  between 1/1/1978  and  12/31/1979
RAUL J GARCIA  LexID: 891169982 DOB████/1962
████-xxxx issued in Texas  between  1/1/1978  and  12/31/1979

**Others Associated With Subjects SSN:**
(DOES NOT usually indicate any type of fraud or deception)
  [None Found]


**Address Summary:**

  1103 W MARIPOSA DR, SAN ANTONIO, TX 78201-2909, BEXAR COUNTY (Apr 1995 - Oct 2017)
  PO BOX 830928, SAN ANTONIO, TX 78283-0928, BEXAR COUNTY (Nov 2004 - Oct 2013)
  1103 SAN FRANCISCO, SAN ANTONIO, TX 78201-4637, BEXAR COUNTY (Feb 2008 - Apr 2009)
  830928, SAN ANTONIO, TX 78283, BEXAR COUNTY (Nov 2004 - Apr 2009)
  310 DENVER BLVD, SAN ANTONIO, TX 78210-1905, BEXAR COUNTY (Sep 1995 - Aug 2004)
  414 S SABINAS ST, SAN ANTONIO, TX 78207-4222, BEXAR COUNTY (Apr 1987 - Jan 2003)
  103 W MARIPOSA DR APT, SAN ANTONIO, TX 78212-1506, BEXAR COUNTY (Jun 1995 - Dec 2002)
  1710 N PULASKI RD APT B, CHICAGO, IL 60639-4914, COOK COUNTY (Nov 2002)
  102 AVONDALE AVE, SAN ANTONIO, TX 78223-2504, BEXAR COUNTY (Apr 2001)
  327 NORIA ST, SAN ANTONIO, TX 78207-7660, BEXAR COUNTY (May 1996 - Aug 2000)
  215 W BROADVIEW DR APT 2624, SAN ANTONIO, TX 78228-2811, BEXAR COUNTY (Nov 1992 - May 1998)
  102 MARSHALL ST, SAN ANTONIO, TX 78212-5546, BEXAR COUNTY (Apr 1987 - Dec 1997)
  414 GREEN MEADOW BLVD, SAN ANTONIO, TX 78213-3714, BEXAR COUNTY (Jan 1994)
  PO BOX 52885, KNOXVILLE, TN 37950-2885, KNOX COUNTY (May 1993 - Nov 1993)
  137 MOJAVE ST, SAN ANTONIO, TX 78228, BEXAR COUNTY (Aug 1993)

National Comprehensive Report

215 BROADWAY ST APT, SAN ANTONIO, TX 78205-1923, BEXAR COUNTY (Nov 1992 - Dec 1992)
130 E QUINCY AVE, KNOXVILLE, TN 37917-5201, KNOX COUNTY (Jan 1992 - Nov 1992)
3815 PARKDALE ST APT, SAN ANTONIO, TX 78229-2031, BEXAR COUNTY (Sep 1992)
5115 GRAY BUFFALO ST, SAN ANTONIO, TX 78242-3116, BEXAR COUNTY (Dec 1990 - Dec 1991)

**Active Address(es):**

[None Found]


**Previous And Non-Verified Address(es):**
1103 W MARIPOSA DR, SAN ANTONIO, TX 78201-2909, BEXAR COUNTY (Apr 1995 - Oct 2017)
 **Name Associated with Address:**
  JUAN R GARCIA
   **Current Residents at Address:**
  JOHN R GARCIA
  TERESA LISERA GARZA
  JOSE LUIS GARZA
  MICHELLE GARZA
  STEVEN ANTHONY MACIEL
  MARIA QUINTERO
  ASHLEY ANN NICOLE MACUMBA
 **Current phones listed at this address:**
  -5593 - CDT QUINTERO MARIA
  -8987
 **Property Ownership Information for this Address**
  **Property:**
   Parcel Number - 09707-147-0070
   Book - 12038
   Page - 1043
   Owner Name: JUAN GARCIA  LexID: 891169982
   Property Address - 1103 W MARIPOSA DR, SAN ANTONIO, TX 78201-2909, BEXAR COUNTY
   Owner Address: 1103 W MARIPOSA DR, SAN ANTONIO, TX 78201-2909, BEXAR COUNTY
   Sale Date - 04/05/2006
   Loan Amount - $4,573
   Loan Type - PRIVATE PARTY LENDER
   Data Source - A
PO BOX 830928, SAN ANTONIO, TX 78283-0928, BEXAR COUNTY (Nov 2004 - Oct 2013)
 **Name Associated with Address:**
  JOHN J GARCIA
   **Current Residents at Address:**
  MARY T GARCIA
1103 SAN FRANCISCO, SAN ANTONIO, TX 78201-4637, BEXAR COUNTY (Feb 2008 - Apr 2009)
 **Name Associated with Address:**
  JUAN GARCIA
   **Current Residents at Address:**
  MARIA DELREFUGIO MANCILLAS
  CESAR G MATA JR
  -4013
 **Property Ownership Information for this Address**
  **Property:**
   Parcel Number - 07188-015-0120
   Book - 7544
   Page - 1534
   Owner Name: ISMAEL GARCIA  LexID: 54414672226
   Property Address: - 1103 SAN FRANCISCO, SAN ANTONIO, TX 78201-4637, BEXAR COUNTY
   Sale Date - 05/02/1996
   Land Usage - SFR
   Total Market Value - $69,930
   Assessed Value - $69,930
   Land Value - $16,000
   Improvement Value - $53,930
   Land Size - 8,000 Square Feet
   Year Built - 1939
   Seller Name: ESTELA M ESPINOZA  LexID: 90887142
   Legal Description - NCB 7188 BLK 15 LOT 12
   Data Source - A
830928, SAN ANTONIO, TX 78283, BEXAR COUNTY (Nov 2004 - Apr 2009)
 **Name Associated with Address:**
  JUAN R GARCIA

National Comprehensive Report

310 DENVER BLVD, SAN ANTONIO, TX 78210-1905, BEXAR COUNTY (Sep 1995 - Aug 2004)
  **Name Associated with Address:**
    JUAN R GARCIA
      **Current Residents at Address:**
    RUBEN ALEXANDER CARRILLO JR
    MANUEL GARCIA RICO
    CARLOS GARZA VASQUEZ
    IRENE GARZA VASQUEZ
    LAURA CHRISTINE VASQUEZ
  **Property Ownership Information for this Address**
    **Property:**
      Parcel Number - 01629-054-0110
      Owner Name: EVANGELINE R VASQUEZ  LexID: 111977240875
      Property Address: - 310 DENVER BLVD, SAN ANTONIO, TX 78210-1905, BEXAR COUNTY
      Total Market Value - $39,840
      Assessed Value - $39,840
      Land Value - $7,630
      Improvement Value - $32,210
      Land Size - 7,000 Square Feet
      Year Built - 1920
      Legal Description - NCB 1629 BLK 54 LOT 11 & 12
      Data Source - A
414 S SABINAS ST, SAN ANTONIO, TX 78207-4222, BEXAR COUNTY (Apr 1987 - Jan 2003)
  **Name Associated with Address:**
    JOHN R GARCIA
      **Current Residents at Address:**
    EDGAR ANTONIO ALVARADO
    MARTHA R RANGLE-GARCIA
    AGUSTIN M VILLEGAS
    ACELA L LOPEZ
    GUADALUPE ROJAS VILLEGAS
    GERMAN MENDOZA
    ERICA JUDITH FELIX
    MARGARITA MARTINEZ
    ERIKA FELIX
    ERIKAM GARCIA
**Current phones listed at this address:**
    ███████-3713 - CDT LOPEZ MARIA
    ███████-8987
  **Property Ownership Information for this Address**
    **Property:**
      Parcel Number - 02366-007-0061
      Book - 10119
      Page - 1154
      Owner Name: JOSE ALFREDO LOPEZ  LexID: 1545328431
      Property Address: - 414 S SABINAS ST, SAN ANTONIO, TX 78207-4222, BEXAR COUNTY
      Sale Date - 06/27/2003
      Sale Price - $18,620
      Land Usage - SFR
      Total Market Value - $50,390
      Assessed Value - $50,390
      Land Value - $5,800
      Improvement Value - $44,590
      Land Size - 3,100 Square Feet
      Year Built - 1920
      Seller Name: DANIEL D FLORES  LexID: 111674100437
      Legal Description - NCB 2366 BLK 7 LOT N 62 FT OF 6
      Loan Amount - $14,000
      Loan Type - PRIVATE PARTY LENDER
      Lender Name - PENA ALEX A
      Data Source - A
103 W MARIPOSA DR APT, SAN ANTONIO, TX 78212-1506, BEXAR COUNTY (Jun 1995 - Dec 2002)
  **Name Associated with Address:**
    JOHN GARCIA
    ███████-8987
1710 N PULASKI RD APT B, CHICAGO, IL 60639-4914, COOK COUNTY (Nov 2002)
  **Name Associated with Address:**
    JUAN R GARCIA
  **Property Ownership Information for this Address**
    **Property:**

National Comprehensive Report

    Parcel Number - 13-34-422-030-0000
    Owner Name: ARTURO LOPEZ  LexID: 195227945314
    Property Address: - 1710 N PULASKI RD, CHICAGO, IL 60639-4914, COOK COUNTY
    Sale Date - 01/12/2017
    Sale Price - $230,000
    Subdivision Name - GARFIELD
    Assessed Value - $38,099
    Land Size - 3,625 Square Feet
    Year Built - 1896
    Seller Name: DIEP T TRUONG  LexID: 193236530408
    Loan Amount - $225,834
    Loan Type - FEDERAL HOUSING AUTHORITY
    Lender Name - LEND SMART MTG LLC
    Data Source - A
102 AVONDALE AVE, SAN ANTONIO, TX 78223-2504, BEXAR COUNTY (Apr 2001)
    **Name Associated with Address:**
        JUAN R GARCIA
        **Current Residents at Address:**
        WILLIAM MICHAEL SCHULTZ
        VICTOR GERARDO QUINTAS
    **Property Ownership Information for this Address**
        **Property:**
            Parcel Number - 07629-004-0023
            Book - 13258
            Page - 217
            Owner Name: FRANCISCO PEREZ  LexID: 194018197683
            Owner Name 2: INEZ VILLARREAL
            Property Address: - 102 AVONDALE AVE, SAN ANTONIO, TX 78223-2504, BEXAR COUNTY
            Sale Date - 12/07/2007
            Land Usage - SFR
            Subdivision Name - TEMPLE HILL ADD BL 7629 SEC A
            Total Market Value - $38,200
            Assessed Value - $38,200
            Land Value - $9,710
            Improvement Value - $28,490
            Land Size - 5,750 Square Feet
            Year Built - 1925
            Seller Name: REGINA K FLORES  LexID: 827340855
            Legal Description - NCB 7629 BLK 4 LOT N 115 FT OF 2
            Data Source - A
327 NORIA ST, SAN ANTONIO, TX 78207-7660, BEXAR COUNTY (May 1996 - Aug 2000)
    **Name Associated with Address:**
        JUAN R GARCIA
        **Current Residents at Address:**
        CARMEN CELESTE RIOS
        RAUL SALDANA
        CARMEN SALDANA
        GREGORY GAVIN ERNEST HERNANDEZ
        BIANCA DAVILA
        CARMEN SALDANA
    **Property Ownership Information for this Address**
        **Property:**
            Parcel Number - 06870-024-0190
            Book - 11572
            Page - 1796
            Owner Name: JEFFREY HELLER  LexID: 112339679212
            Property Address: - 327 NORIA ST, SAN ANTONIO, TX 78207-7660, BEXAR COUNTY
            Sale Date - 08/05/2005
            Land Usage - SFR
            Total Market Value - $28,710
            Assessed Value - $28,710
            Land Value - $6,920
            Improvement Value - $21,790
            Land Size - 3,760 Square Feet
            Year Built - 1954
            Seller Name: DAVID MCKAY  LexID: 111722117950
            Legal Description - NCB 6870 BLK LOT 19
            Data Source - A
215 W BROADVIEW DR APT 2624, SAN ANTONIO, TX 78228-2811, BEXAR COUNTY (Nov 1992 - May 1998)
    **Name Associated with Address:**

National Comprehensive Report

JUAN R GARCIA
**Property Ownership Information for this Address**
    **Property:**
        Parcel Number - 11529-001-0571
        Owner Name: BROADVIEW APARTMENTS
        Property Address: - 215 W BROADVIEW DR, SAN ANTONIO, TX 78228-2859, BEXAR COUNTY
        Subdivision Name - BROADVIEW SUB BL 11529
        Total Market Value - $4,950,000
        Assessed Value - $4,950,000
        Land Value - $532,440
        Improvement Value - $4,417,560
        Land Size - 322,692 Square Feet
        Year Built - 1976
        Legal Description - NCB 11529 BLK A LOT 39
        Data Source - A
102 MARSHALL ST, SAN ANTONIO, TX 78212-5546, BEXAR COUNTY (Apr 1987 - Dec 1997)
    **Name Associated with Address:**
        JUAN R GARCIA
            ██████-7077 - CDT A CHOICE FOR WOMEN CENTER
    **Property Ownership Information for this Address**
    **Property:**
        Parcel Number - 00000-111-0017
        Owner Name: SAN ANTONIO RIGHT TO
        Owner Name 2: JIM DELANEY  LexID: 166327506709
        Property Address: - 102 MARSHALL ST, SAN ANTONIO, TX 78212-5546, BEXAR COUNTY
        Owner Address: 102 MARSHALL ST, SAN ANTONIO, TX 78212-5546, BEXAR COUNTY
        Legal Description - SAN ANTONIO RIGHT TO LIFE 102 MARSHALL ST FURN FIXT EQPT SUP
        Data Source - B
414 GREEN MEADOW BLVD, SAN ANTONIO, TX 78213-3714, BEXAR COUNTY (Jan 1994)
    **Name Associated with Address:**
        JOHN GARCIA
        **Current Residents at Address:**
        ROBERT SHANE LESTOURGEON
        BILLIE J LESTOURGEON
**Current phones listed at this address:**
        ██████-2416 - CDT LE S S
        ██████-5113 - CDT LESTOURGEON BILLIE J
        ██████-8987
    **Property Ownership Information for this Address**
    **Property:**
        Parcel Number - 12721-006-0020
        Owner Name: BILLIE JUNE LESTOURGEON  LexID: 1506068152
        Property Address: - 414 GREEN MEADOW BLVD, SAN ANTONIO, TX 78213-3714, BEXAR COUNTY
        Total Market Value - $158,120
        Assessed Value - $148,660
        Land Value - $25,100
        Improvement Value - $133,020
        Land Size - 8,400 Square Feet
        Year Built - 1963
        Legal Description - NCB 12721 BLK 6 LOT 2
        Data Source - A
PO BOX 52885, KNOXVILLE, TN 37950-2885, KNOX COUNTY (May 1993 - Nov 1993)
    **Name Associated with Address:**
        JUAN R GARCIA
137 MOJAVE ST, SAN ANTONIO, TX 78228, BEXAR COUNTY (Aug 1993)
    **Name Associated with Address:**
        JOHN GARCIA
215 BROADWAY ST APT, SAN ANTONIO, TX 78205-1923, BEXAR COUNTY (Nov 1992 - Dec 1992)
    **Name Associated with Address:**
        JOHN GARCIA
        **Current Residents at Address:**
        JESSICA C DURAN
        KENNETH MARTIN GRAVES
        RENE LYNE CLARK
    **Property Ownership Information for this Address**
    **Property:**
        Parcel Number - 92004-446-0650
        Owner Name: THORN & GRAVES PLLC
        Property Address: - 215 BROADWAY ST, SAN ANTONIO, TX 78205-1923, BEXAR COUNTY
        Owner Address: 215 BROADWAY ST, SAN ANTONIO, TX 78205-1923, BEXAR COUNTY

National Comprehensive Report

Total Market Value - $26,230
Assessed Value - $26,230
Legal Description - THORN & GRAVES PLLC 000215 00 BROADWAY ST STE 215 217 219 FURN FIXT EQPT
Data Source - B

130 E QUINCY AVE, KNOXVILLE, TN 37917-5201, KNOX COUNTY (Jan 1992 - Nov 1992)

**Name Associated with Address:**

JUAN R GARCIA

**Current Residents at Address:**

PATRICIA ANN FINE
JOHN ALBERT FINE
DENNIS C SHARP

**Property Ownership Information for this Address**

**Property:**

Parcel Number - 081KB-005
Book - 2223
Page - 71
Owner Name: PATRICIA A FINE  LexID: 488843742
Owner Name 2: JOHN A FINE  LexID: 811243235
Property Address: - 130 E QUINCY AVE, KNOXVILLE, TN 37917-5201, KNOX COUNTY
Sale Date - 08/23/1996
Sale Price - $29,900
Land Usage - SFR
Subdivision Name - OAKWOOD C B ATKINS ADD
Total Market Value - $51,900
Assessed Value - $12,975
Land Value - $8,600
Improvement Value - $43,300
Land Size - 5,998 Square Feet
Year Built - 1920
Legal Description - SUBDIVISIONNAME OAKWOOD C B ATKINS ADD MAPPLATB 5 MAPPLATP 187 DIMENSIONS 50 X 120
Data Source - A

3815 PARKDALE ST APT, SAN ANTONIO, TX 78229-2031, BEXAR COUNTY (Sep 1992)

**Name Associated with Address:**

JOHN R GARCIA

**Property Ownership Information for this Address**

**Property:**

Parcel Number - 14446-000-1130
Book - 10668
Page - 999
Owner Name: 3815 PARKDALE LLC
Property Address: - 3815 PARKDALE ST, SAN ANTONIO, TX 78229-2031, BEXAR COUNTY
Sale Date - 04/02/2004
Land Usage - MULTI FAMILY 10 UNITS LESS
Total Market Value - $1,530,925
Assessed Value - $1,530,925
Land Value - $430,070
Improvement Value - $1,100,855
Land Size - 95,571 Square Feet
Year Built - 1970
Seller Name: TOMMY FARIS  LexID: 113789354209
Legal Description - NCB 14446 BLK LOT P-113
Data Source - A

5115 GRAY BUFFALO ST, SAN ANTONIO, TX 78242-3116, BEXAR COUNTY (Dec 1990 - Dec 1991)

**Name Associated with Address:**

JOHN GARCIA

**Current Residents at Address:**

CRISTAL MARTINEZ VAZQUEZ
ALFONSO DELGADO VAZQUEZ SR
JASON M VAZQUEZ
JEASSON MIZAEL VAZQUEZ
UZIEL B MARTINEZ

**Property Ownership Information for this Address**

**Property:**

Parcel Number - 15830-030-0260
Book - 9487
Page - 1675
Owner Name: ALFONSO DELGADO VASQUEZ  LexID: 2602199288
Property Address: - 5115 GRAY BUFFALO ST, SAN ANTONIO, TX 78242-3116, BEXAR COUNTY
Sale Date - 04/18/2002
Land Usage - SFR

National Comprehensive Report

Total Market Value - $86,610
Assessed Value - $72,951
Land Value - $7,230
Improvement Value - $79,380
Land Size - 6,494 Square Feet
Year Built - 1978
Seller Name: SARAI V DOMINGUEZ  LexID: 667126400
Legal Description - NCB 15830 BLK 30 LOT 26
Data Source - A

**Bankruptcies:**
    [None Found]

**Liens and Judgments:**
    [None Found]

**UCC Filings:**
    [None Found]

**Phones Plus:**
    [None Found]

**Email Address:**

Name: JUAN GARCIA
LexID: 891169982
SSN:
Email Address(es):
        JGARCIA4792@YAHOO.COM

Street Address(es):
        15140 6TH AVE, PHOENIX, IL 60426-2445

Name: JOHN GARCIA
LexID: 891169982
SSN: ■■■■-xxxx
Email Address(es):
        GARCIAFROMCHIL@AOL.COM

Street Address(es):
        1103 W MARIPOSA DR, SAN ANTONIO, TX 78201-2909

Name: JOHN R GARCIA
LexID: 891169982
SSN: ■■■■-xxxx
Email Address(es):
        XGARCIA@GMX.COM

Street Address(es):
        1103 W MARIPOSA DR, SAN ANTONIO, TX 78201-2909

Name: JUAN GARCIA
LexID: 891169982
SSN: ■■■■-xxxx
Email Address(es):
        JGARCIA4792@YAHOO.COM

Street Address(es):
        1103 SAN FRANCISCO, SAN ANTONIO, TX 78201-4637

Name: GARCIA RAUL
LexID: 891169982

### National Comprehensive Report

SSN: ███-xxxx
Email Address(es):
   GRCIASSTTAZFFFFF@WWLMAIL.COM

Street Address(es):
   1103 W MARIPOSA DR, SAN ANTONIO, TX 78201-2909

Name: JOHN GARCIA
LexID: 891169982
SSN: ███-xxxx
Email Address(es):
   ADOLPH_2001@YAHOO.COM

Street Address(es):
   1103 W MARIPOSA DR, SAN ANTONIO, TX 78201-2909

**People at Work:**
***Maximum 50 People at Work records returned***
   Name: JOHN R GARCIA
   LexID: 891169982
   SSN ███-xxxx
   Company: CARRABBAS ITALI
   Phone:
   FEIN:
   Dates:

**Driver´s License Information:**
   Name: JUAN RAUL GARCIA LAREDO
   LexID: 891169982
   DL Number: xxxxxxxx
   State: Texas
   License Address: 1103 W MARIPOSA, SAN ANTONIO, TX 78201-2909, BEXAR COUNTY
   DOB ███ 1962
   Potential SSN ███████
   Issue Date: 06/27/2017
   Data Source: Governmental

   Name: JUAN RAUL GARCIA LAREDO
   LexID: 891169982
   DL Number: xxxxxxxx
   State: Texas
   License Address: 1103 W MARIPOSA, SAN ANTONIO, TX 78201-2909, BEXAR COUNTY
   DOB: ███/1962
   Potential SSN ███████
   Issue Date: 06/27/2017
   License Class: Identification Card
   Data Source: Governmental

   Name: JUAN RAUL GARCIA
   LexID: 891169982
   DL Number: xxxxxxxx
   State: Texas
   License Address: 1103 W MARIPOSA, SAN ANTONIO, TX 78201-2909, BEXAR COUNTY
   DOB: ███/1962
   Potential SSN : ███████
   Issue Date: 05/07/1991
   License Class: Identification Card
   Data Source: Governmental

   Name: JUAN RAUL GARCIA
   LexID: 891169982
   DL Number: xxxxxxxx
   State: Texas
   License Address: 1103 W MARIPOSA, SAN ANTONIO, TX 78201-2909, BEXAR COUNTY
   DOB: ███/1962

## National Comprehensive Report

Potential SSN : █████████
Issue Date: 12/11/1979
Data Source: Governmental

Name: JUAN RAUL GARCIA
LexID: 891169982
DL Number: xxxxxxxx
State: Texas
License Address: 1103 W MARIPOSA, SAN ANTONIO, TX 78201-2909, BEXAR COUNTY
DOB:████ 1962
Potential SSN █████████
License Type: DUPLICATE
License Class: Identification Card
Data Source: Governmental

Name: JUAN RAUL GARCIA
LexID: 891169982
DL Number: xxxxxxxx
State: Texas
License Address: 1103 W MARIPOSA, SAN ANTONIO, TX 78201-2909, BEXAR COUNTY
DOB████ 1962
Potential SSN :█████████
License Type: RENEWAL
License Class: Identification Card
Data Source: Governmental

Name: JUAN RAUL GARCIA
LexID: 891169982
DL Number: xxxxxxxx
State: Texas
License Address: 1103 W MARIPOSA, SAN ANTONIO, TX 78201-2909, BEXAR COUNTY
DOB████ 1962
Potential SSN █████████
License Type: DUPLICATE
Data Source: Governmental

Name: JUAN R GARCIA
LexID: 891169982
DL Number: xxxxxxxx
State: Texas
License Address: 1103 W MARIPOSA DR, SAN ANTONIO, TX 78201-2909, BEXAR COUNTY
DOB████ 1962
Potential SSN : █████████
Data Source: Non-Governmental

Name: JUAN R GARCIA
LexID: 891169982
DL Number: xxxxxxxx
State: Texas
License Address: 1103 W MARIPOSA DR, SAN ANTONIO, TX 78201-2909, BEXAR COUNTY
DOB:████ 1962
Potential SSN : █████████
Data Source: Non-Governmental

**Possible Properties Owned by Subject:**

**Property:**
    Parcel Number - 09707-147-0070
    Book - 12038
    Page - 1043
    Owner Name: JUAN GARCIA  LexID: 891169982
    Property Address - 1103 W MARIPOSA DR, SAN ANTONIO, TX 78201-2909, BEXAR COUNTY
    Owner Address: 1103 W MARIPOSA DR, SAN ANTONIO, TX 78201-2909, BEXAR COUNTY
    Sale Date - 04/05/2006
    Loan Amount - $4,573
    Loan Type - PRIVATE PARTY LENDER
    Data Source - A

**Property:**

National Comprehensive Report

Parcel Number - 09707-147-0070
Book - 8444
Page - 1672
Owner Name: JUAN GARCIA  LexID: 891169982
Owner Name 2: TERRY GARZA GARCIA  LexID: 36902737158
Property Address: - 1103 W MARIPOSA DR, SAN ANTONIO, TX 78201-2909, BEXAR COUNTY
Owner Address: 1103 W MARIPOSA DR, SAN ANTONIO, TX 78201-2909, BEXAR COUNTY
Land Usage - SINGLE FAMILY RESIDENTIAL
Subdivision Name - S09707
Total Market Value - $60,080
Assessed Value - $60,080
Land Value - $10,130
Improvement Value - $49,950
Land Size - 6451 SF
Year Built - 1953
Legal Description - NCB 9707 BLK 147 LOT 7
Data Source - B

**Motor Vehicles Registered To Subject:**
   **Vehicle:**
      Description: 1985 OLDSMOBILE DELTA 88 ROYALE BROUGHAM - SEDAN 4 DOOR
      VIN: 1G3BY69Y6F9045977
      Engine: 8 Cylinder 307 Cubic Inch -- Gas Powered
      Anti Lock Brakes: Not available
      Air Conditioning: Optional
      Daytime Running Lights: Not available
      Power Steering: Standard
      Power Brakes: Standard
      Power Windows: Optional
      Security System: None
      Roof: None / not available
      Price: 10968
      Radio: AM/FM
      Front Wheel Drive: No
      Four Wheel Drive: No
      Tilt Wheel: Optional
      Data Source: Governmental

     *Registrant(s)*
        Name: JUAN R GARCIA
        Address: 1103 W MARIPOSA DR, SAN ANTONIO, TX 78201-2909
        License State: TX
        Latest Registration Date: 08/01/2017
        Expiration Date: 07/15/2018

   **Vehicle:**
      Description: 1998 HONDA CIVIC EX - COUPE
      VIN: 1HGEJ8144WL120783
      Engine: 4 Cylinder 97 Cubic Inch -- Gas Powered
      Anti Lock Brakes: 4 wheel optional
      Air Conditioning: Standard
      Daytime Running Lights: Not available
      Power Steering: Standard
      Power Brakes: Standard
      Power Windows: Standard
      Security System: None
      Roof: Power sun/moon roof
      Price: 15250
      Radio: AM/FM
      Front Wheel Drive: Yes
      Four Wheel Drive: No
      Tilt Wheel: Standard
      Data Source: Governmental

     *Registrant(s)*
        Name: JUAN R GARCIA
        Address: 1103 W MARIPOSA DR, SAN ANTONIO, TX 78201-2909
        License State: TX

National Comprehensive Report

Latest Registration Date: 01/18/2017
Expiration Date: 12/15/2017

**Vehicle:**
Description: Green 1985 Oldsmobile Delta 88 - Sedan 4 Door
VIN: 1G3BY69Y6F9045977
State Of Origin: TEXAS
Engine: 8 Cylinder 307 Cubic Inch
Restraints: Active (manual) belts
Anti Lock Brakes: Not available
Air Conditioning: Optional
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Optional
Security System: None
Roof: None / not available
Price: 10968
Radio: AM/FM
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Optional
Data Source: Governmental

*Registrant(s)*
Record Type: CURRENT
Name: JUAN R GARCIA
LexID: 891169982
Potential SSN 🛈 : ███-xxxx
Address: 1103 W MARIPOSA DR, SAN ANTONIO, TX 78201-2909, BEXAR COUNTY
DOB: ████1962
Sex: Unknown
Age: 55
DL #: xxxxxxxx
Tag Number: BWC1299
License State: TX
Earliest Registration Date: 4/8/2013
Latest Registration Date: 8/1/2017
Expiration Date: 7/31/2018

**Vehicle:**
Description: Green 1985 Oldsmobile Delta 88 - Sedan 4 Door
VIN: 1G3BY69Y6F9045977
State Of Origin: TEXAS
Engine: 8 Cylinder 307 Cubic Inch
Restraints: Active (manual) belts
Anti Lock Brakes: Not available
Air Conditioning: Optional
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Optional
Security System: None
Roof: None / not available
Price: 10968
Radio: AM/FM
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Optional
Data Source: Governmental

*Owner(s)*
Name: JUAN R GARCIA
LexID: 891169982
Potential SSN 🛈 : ███-xxxx
Address: 1103 W MARIPOSA DR, SAN ANTONIO, TX 78201-2909, BEXAR COUNTY
DOB ████1962
Sex: Unknown

National Comprehensive Report

Age: 55
DL #: xxxxxxxx
Title Number: 01531741370114925
Title Issue Date: 4/15/2013

*Lien Holder(s)*
None

**Vehicle:**
Description: Silver 1998 Honda Civic - Coupe
VIN: 1HGEJ8144WL120783
State Of Origin: TEXAS
Engine: 4 Cylinder 97 Cubic Inch
Restraints: Dual front air bags/active belts
Anti Lock Brakes: 4 wheel optional
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: None
Roof: Power sun/moon roof
Price: 15250
Radio: AM/FM
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Registrant(s)*
Record Type: CURRENT
Name: JUAN R GARCIA
LexID: 891169982

Potential SSN ⓘ █████-xxxx
Address: 1103 W MARIPOSA DR, SAN ANTONIO, TX 78201-2909, BEXAR COUNTY
DOB: ███/1962
Sex: Unknown
Age: 55
DL #: xxxxxxxx
Tag Number: GMC7243
License State: TX
Earliest Registration Date: 11/13/2015
Latest Registration Date: 1/18/2017
Expiration Date: 12/31/2017

**Vehicle:**
Description: Silver 1998 Honda Civic - Coupe
VIN: 1HGEJ8144WL120783
State Of Origin: TEXAS
Engine: 4 Cylinder 97 Cubic Inch
Restraints: Dual front air bags/active belts
Anti Lock Brakes: 4 wheel optional
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: None
Roof: Power sun/moon roof
Price: 15250
Radio: AM/FM
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard
Data Source: Governmental

*Owner(s)*

National Comprehensive Report

Name: JUAN R GARCIA
LexID: 891169982

Potential SSN ⓘ : █████-xxxx
Address: 1103 W MARIPOSA DR, SAN ANTONIO, TX 78201-2909, BEXAR COUNTY
DOB: ████/1962
Sex: Unknown
Age: 55
DL #: xxxxxxxx
Title Number: 01531642319155454
Title Issue Date: 11/20/2015

*Lien Holder(s)*
None

**Vehicle:**
Description: 1978 CHEVROLET 10/1500 - PICKUP
VIN: CCD448F484110
State Of Origin: TEXAS
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: JUAN RAUL GARCIA
LexID: 891169982

Potential SSN ⓘ : █████-xxxx
Address: 103 W MARIPOSA DR, SAN ANTONIO, TX 78212-1506, BEXAR COUNTY
DOB: ████/1962
Sex: Unknown
Age: 55
DL #: xxxxxxxx
Tag Number: BR9480
License State: TX
Earliest Registration Date: 6/1/1995
Latest Registration Date: 6/1/1995
Expiration Date: 5/31/1996

**Watercraft:**
[None Found]

**FAA Certifications:**
[None Found]

**FAA Aircrafts:**
[None Found]

**Possible Criminal Records:**
**Texas Court:**
Name: JUAN RAUL GARCIA
LexID: 891169982
SSN █████xxxx
Address: 1103 W MARIPOSA DR, SAN ANTONIO, TX 78201-2909
State of Origin: Texas
County of Origin: BEXAR
Race: HISPANIC
Sex: Male

Case Number: CC4 699011

**Offenses**:
**Offense #1**
Offense Date: 07/04/1998
Arrest Date: 03/23/1999
Arresting Agency: BEXAR COUNTY DISTRICT ATTORNEY
Court Case Number: CC4 699011
Court Offense: POSS MARIHUANA 0-2 OZ
Court Disposition: PROB TERMINATED

National Comprehensive Report

Court Disposition Date: 07/08/1999
Court Fine: $300.00
Sentence Date:
Sentence
    Jail: Max: 6 Months
    Probation:
    Suspended Time:

**Court Activity:**
 [NONE FOUND]

**Texas Court:**
Name: JUAN RAUL GARCIA
LexID: 891169982
SSN: ██████-xxxx
Address: 1103 W MARIPOSA DR, SAN ANTONIO, TX 78201-2909
State of Origin: Texas
County of Origin: BEXAR
Race: HISPANIC
Sex: Male

Case Number: CC9 635000

**Offenses**:
  **Offense #1**
  Offense Date: 03/19/1996
  Arrest Date: 06/25/1996
  Arresting Agency: BEXAR COUNTY DISTRICT ATTORNEY
  Court Case Number: CC9 635000
  Court Offense: DRIVING WHILE LICENSE SUSP/DEN
  Court Disposition: PG CT-GUILTY
  Court Disposition Date: 06/25/1996
  Court Fine: $100.00
  Sentence Date:
  Sentence
    Jail: Max: 75 Days
    Probation:
    Suspended Time:

**Court Activity:**
 [NONE FOUND]

**Texas Court:**
Name: JUAN R GARCIA
LexID: 891169982
SSN ██████xxxx
Address: 1103 W MARIPOSA DR, SAN ANTONIO, TX 78201-2909
State of Origin: Texas
County of Origin: BEXAR
DOB: ██/1962
Race: HISPANIC
Sex: Male

Case Number: CC9 624637

**Offenses**:
  **Offense #1**
  Offense Date: 01/10/1996
  Arrest Date: 06/25/1996
  Arresting Agency: BEXAR COUNTY DISTRICT ATTORNEY
  Court Case Number: CC9 624637
  Court Offense: DRIVING WHILE LICENSE SUSP/DEN
  Court Disposition: NOLO CT-GUILTY
  Court Disposition Date: 03/07/1996
  Court Fine: $100.00
  Sentence Date:
  Sentence
    Jail: Max: 75 Days
    Probation:
    Suspended Time:

**Court Activity:**
  [NONE FOUND]

**Texas Court:**
  Name: JUAN RAUL GARCIA
  LexID: 891169982
  SSN: ███-xxxx
  Address: 1103 W MARIPOSA DR, SAN ANTONIO, TX 78201-2909
  State of Origin: Texas
  County of Origin: BEXAR
  Race: HISPANIC
  Sex: Male

  Case Number: CC1 608654

  **Offenses**:
      **Offense #1**
      Offense Date: 06/21/1995
      Arrest Date: 06/21/1995
      Arresting Agency: BEXAR COUNTY DISTRICT ATTORNEY
      Court Case Number: CC1 608654
      Court Offense: DRIVING WHILE LICENSE SUSP/DEN
      Court Disposition: PG CT-GUILTY
      Court Disposition Date: 07/20/1995
      Court Fine: $100.00
      Sentence Date:
      Sentence
          Jail: Max: 90 Days
          Probation:
          Suspended Time:

  **Court Activity:**
    [NONE FOUND]

**Texas Court:**
  Name: JUAN R GARCIA
  LexID: 891169982
  SSN: ███-xxxx
  Address: 1103 W MARIPOSA DR, SAN ANTONIO, TX 78201-2909
  State of Origin: Texas
  County of Origin: BEXAR
  DOB: ████1962
  Race: HISPANIC
  Sex: Male

  Case Number: CR1 568738

  **Offenses**:
      **Offense #1**
      Offense Date: 02/05/1994
      Arrest Date: 06/21/1995
      Arresting Agency: BEXAR COUNTY DISTRICT ATTORNEY
      Court Case Number: CR1 568738
      Court Offense: DRIVING WHILE INTOXICATED 2ND
      Court Disposition: PG CT-GUILTY
      Court Disposition Date: 02/28/1994
      Court Fine: $350.00
      Sentence Date:
      Sentence
          Jail: Max: 6 Months
          Probation:
          Suspended Time:

  **Court Activity:**
    [NONE FOUND]

**Texas Court:**
  Name: JUAN R GARCIA
  LexID: 891169982

National Comprehensive Report

SSN ███████xxxx
Address: 1103 W MARIPOSA DR, SAN ANTONIO, TX 78201-2909
State of Origin: Texas
County of Origin: BEXAR
DOB: ████/1962
Race: HISPANIC
Sex: Male

Case Number: CR1 568739

**Offenses**:
    **Offense #1**
    Offense Date: 02/05/1994
    Arrest Date: 02/05/1994
    Court Case Number: CR1 568739
    Court Offense: DRIVING WHILE PRIVILEGE SUSP
    Court Disposition: DSMD-GLTY DIFF CHG
    Court Disposition Date: 02/28/1994

**Court Activity:**
  [NONE FOUND]

**Texas Court:**
Name: JUAN RAUL GARCIA
LexID: 891169982
SSN ███████-xxxx
Address: 1103 W MARIPOSA DR, SAN ANTONIO, TX 78201-2909
State of Origin: Texas
County of Origin: BEXAR
Race: HISPANIC
Sex: Male

Case Number: CR7 416724

**Offenses**:
    **Offense #1**
    Offense Date: 08/19/1988
    Arrest Date: 08/14/1989
    Court Case Number: CR7 416724
    Court Offense: DRIVING WHILE INTOXICATED 1ST
    Court Disposition: PG CT-GUILTY
    Court Disposition Date: 10/07/1988
    Court Fine: $100.00
    Sentence Date:
    Sentence
      Jail: Max: 30 Days
      Probation:
      Suspended Time:

**Court Activity:**
  [NONE FOUND]

**Texas Court:**
Name: JUAN R GARCIA
LexID: 891169982
SSN ███████xxxx
Aliases: JOHN R GARCIA JUAN RAUL GARCIA
State of Origin: Texas
DOB: ████/1962
Race: WHITE
Sex: Male
Eyes: BROWN
Height: 5´ 01"
Weight: 148

**Offenses**:
    **Offense #1**
    Arrest Date: 10/19/1991

National Comprehensive Report

Arresting Agency: BANDERA CO SO BANDERA
Court Offense: MAKING ALCOHOL AVAILABLE TO MINOR
Court Disposition: CONVICTED


**Offense #2**
Arrest Date: 08/19/1988
Arresting Agency: SAN ANTONIO POLICE DEPT
Court Offense: DWI
Court Disposition: CONVICTED
Court Disposition Date: 10/07/1988
Sentence Date:
Sentence
    Jail:
    Probation: Max: 2 Years
    Suspended Time:

**Court Activity:**
[NONE FOUND]



**Sexual Offenses:**
[None Found]

**Florida Accidents:**
[None Found]

**Professional License(s):**
[None Found]

**Voter Registration:**
[None Found]

**Hunting/Fishing Permit:**
[None Found]

**Concealed Weapons Permit:**
[None Found]

**Firearms and Explosives:**
[None Found]

**Fictitious Businesses:**
[None Found]

**DEA Controlled Substances:**
[None Found]

# EXHIBIT E

## AFFIDAVIT OF CARMEN COLLAZO

STATE OF FLORIDA          )
                          )
COUNTY OF MIAMI DADE  )


I, Carmen Collazo, Claims Director for American Security Insurance Company, after
being duly sworn by the undersigned notary public, state that I am over the age of 21, of sound
mind, and fully competent and duly authorized to make this statement on behalf of Standard
Guaranty Insurance Company. American Security Insurance Company is a Delaware corporation
with its principal place of business in Atlanta, Georgia.


_____
Carmen Collazo


Subscribed and sworn to before me on this ____ day of _____, 2017.


_____
Notary Public, for State of Florida

Printed Name: ____Suzana Cisneros____


SUZANA CISNEROS
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF194454
Expires 2/9/2019

EXHIBIT F

# KRW

K E T T E R M A N | R O W L A N D | W E S T L U N D

## ATTORNEYS AT LAW

Greg Allen †§
Kevin S. Baker †§
Philip G. Bernal* †§
Perry J. Dominguez II §§
Taylor W. Harper §§
Joshua S. Hatley §§
Kris Hußtetler §§
David M. Kelner †§§§§

Douglas D. Ketterman* †§ §§
Matthew D. Ketterman †§ §§
Brennan M. Kucera §§§§
Deirce Marrufo §§
Chris Mazzola §§
Jay Moore §§
Robert F. Mulhearn III §§
Robert A. Pollom §§

Courtney R. Potter §§
Jake S. Rogiers †§
Michael R. Rowland §§
Brian C. Steward* §§
Cole Thompson §§
Ryan A. Todd †§ §§
R. Scott Weslund §§

*Board Certified - Personal Injury Trial Law Texas Board of Legal Specialization

June 6, 2017

American Security Insurance Company     *VIA CMRR:7016301000074732751*
PO Box 50355
Atlanta, GA 30302

Re:  Insured:   Juan Garcia
     Claim:     00200877046
     Policy:    MLR803356101

Dear Sir/Madam:

This firm represents Mr. Juan Garcia in connection with the above-referenced claim, under his insurance policy (the "policy"), for damages to his property sustained as a result of a loss covered under the policy and for which your client opened a claim (the "loss").

Mr. Garcia purchased a policy of insurance from your client or from your client's representatives. It was represented to our client that this policy of insurance was in full force and effect for the policy period, and that any and all claims made by the insured would be handled in a manner consistent with the guidelines set forth in the Texas Insurance Code. Our client is also a "person" under the Texas Insurance Code with standing to bring claims under the Texas Insurance Code.

As you know, Mr. Garcia has made claims under the policy of insurance sold to him by your client. It has been requested that representatives of your client conduct an immediate and thorough investigation of the hail and/or wind damage and claims made by the insured. The presence of hail and/or wind damage also implicates damages and costs for testing, evaluation, and repair of the premises.

To date, the handling of the claims for damage has resulted in significant problems for our client. American Security Insurance Company assigned the claim to an adjuster, and despite being given authority and instructions to inspect, adjust and evaluate the claim, the adjuster failed to properly inspect the property and the damages. Further, both the adjuster and your client failed to request information, failed to adequately investigate the claim, failed to respond to requests for information from the insured, failed to timely evaluate the claim, and failed to timely estimate the claim. As well, the adjuster failed to timely and properly report to your client and make recommendations to your client regarding payment. As a result, Mr. Garcia had his claim delayed and now your client has denied full, appropriate payment for the damages.

MAIN OFFICE - SAN ANTONIO
16500 San Pedro #302
San Antonio, TX 78232
P: (210) 490-1357
F: (210) 490-6372

ABILENE
104 Pine St Ste. 301
Abilene, TX 79601
P: (325) 437-2124
F: (325) 437-2857

AUSTIN
701 Brazos St #710
Austin, TX 78701
P: (855) 579-3299
F: (888) 916-1717

BEAUMONT
755 S 11th St #250
Beaumont, TX 77701
P: (855) 579-3299
F: (888) 916-1717

HOUSTON
4801 Woodway #155
Houston, TX 77056
P: (855) 579-3299
F: (888) 916-1717

LAKE CHARLES
127 Kirby St
Lake Charles, LA 70601
P: (855) 579-5998
F: (888) 916-1717

PHILADELPHIA
1500 JFK Blvd #1710
Philadelphia, PA 19102
P: (855) 579-5299
F: (888) 916-1717

KRWLAWYERS.COM

American Security Insurance Company
June 6, 2017
Page 3 of 4

Furthermore, because of these violations of the Texas Insurance Code, our client is entitled to recover attorney's fees.

### Breach of Duty of Good Faith and Fair Dealing:  Bad Faith

In addition, your client violated the duty of good faith and fair dealing by refusing to pay the claims in question even though it knew or should have known that it was reasonably clear the claims were covered. Your client's breach of the duty of good faith and fair dealing has proximately caused injury and damage to our client.

### Breach of Contract

Moreover, by failing to pay benefits under the policy of insurance, your client breached the contract of insurance that existed between it and our client.  As a result, our client is entitled to recover actual damages, consequential damages and attorney's fees pursuant to §38.001 of the Texas Civil Practice & Remedies Code because of your client's breach of contract.

Accordingly, please allow this correspondence to constitute notice under the Texas Insurance Code of the claim against your clients.  Please allow this correspondence to also serve as notice pursuant to Chapter 38.001 of the Texas Civil Practice & Remedies Code.

The damages suffered by our client to date include:

| CONTRACTUAL | | | |
|---|---|---|---|
| K Amount Owed | | $ | 33,186.89 |
| 18% P&I | 0.7 | $ | 4,181.55 |
| 10% PJI | | $ | 2,615.79 |
| Attorney Fees | | $ | 26,656.15 |
| Depreciation | | | |
| Total | | $ | 66,640.38 |
| | | | |
| **Extra Contractual** | | | |
| Mental Anguish | | $ | 5,000.00 |
| Treble Damages | | $ | 66,373.78 |
| Attorney Fees | | $ | 47,582.52 |
| Total | | | **$118,956.30** |
| | | | |
| **Full Verdict Value** | | $ | 185,596.68 |

The additional damages are included because the conduct by your client constitutes a "knowing" violation of the Texas Insurance Code, and such a finding allows the imposition of treble damages.

American Security Insurance Company
June 6, 2017
Page 4 of 4

     **Please be advised that I would recommend to my client that he accept $97,000.00 as full and complete settlement of his claim.  Of course, we reserve the right to adjust this amount to conform to the information and additional evidence that will be available to us at the time of trial.**

     Attached please find the estimate prepared for our client's outlining the damages as a result of the covered loss.  Your client has a claim file wherein it has documented the facts surrounding the claim, and which contains its adjuster's notes and estimate(s), among other things.  It is requested that you produce all non-privileged portions of the claim file and our client's policy at this time if you have not already done so.

     **This correspondence is an offer of settlement under Rule 408 of the Texas Rules of Evidence and is not admissible for any purpose.**  The purpose of this correspondence is to encourage you to resolve this claim in a fair and equitable manner.

     Should you fail to accept this offer of settlement in full within 60 days, said offer will be deemed to have automatically expired.

     Thank you for your cooperation and attention to this matter.  I look forward to hearing from you in the near future.

                  Respectfully,

                  /s/ *Robert A. Pollom*

                  Robert A. Pollom

RAP/et



KRW
KETTERMAN | ROWLAND | WESTLUND

Ketterman Rowland & Westlund
16500 San Pedro, Suite 302
San Antonio, TX 78232

American Security Insurance Company
PO Box 50355
Atlanta, GA 30302



7016 3010 0000 7473 2751



$ 007.50°
PITNEY BOWES
02 1P
0003185587   JUN 06 2017
MAILED FROM ZIP CODE 78232

# EXHIBIT G



**COUNTY CLERK & DISTRICT CLERK**
**COURT RECORDS SEARCH**

---

# Case #2017CI16614

**Name** : JUAN GARCIA

**Date Filed** : 08/31/2017

**Case Status** : PENDING

**Litigant Type** : PLAINTIFF

**Court** : 438

**Docket Type** : DEBT/CONTRACT

**Business Name** :

**Style** : JUAN GARCIA

**Style (2)** : vs AMERICAN SECURITY INSURANCE COMPANY

# Case History

*Currently viewing 1 through 6 of 6 records*

| Sequence | Date Filed | Description |
|---|---|---|
| P00005 | 10/30/2017 | ORIGINAL ANSWER OF<br>AMERICAN SECURITY INSURANCE COMPANY |
| S00001 | 9/11/2017 | CITATION<br>AMERICAN SECURITY INSURANCE COMPANY<br>ISSUED: 9/11/2017 RECEIVED: 9/13/2017<br>EXECUTED: 10/6/2017 RETURNED: 10/9/2017 |
| P00004 | 9/6/2017 | EMAILED COPY OF:<br>PETITION TO; EDISON, MCDOWELL & HETHERIN<br>GTON LLP |
| P00003 | 9/6/2017 | REQUEST FOR<br>NON-CERTIFIED COPY OF PETITION |
| P00002 | 8/31/2017 | SERVICE ASSIGNED TO CLERK 1 |
| P00001 | 8/31/2017 | PET FOR HAIL DAMAGE RESIDENTIAL |

EXHIBIT H

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a)  PLAINTIFFS

**DEFENDANTS**

**(b)**  County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)**  Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
Plaintiff

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 2   U.S. Government
Defendant

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated New Drug Application<br>☐ 840 Trademark | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |

| | | | **LABOR** | **SOCIAL SECURITY** | |
| | | | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act | ☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | |

| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | FEDERAL TAX SUITS | |
|---|---|---|---|---|---|
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | | ☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | |
| | | **IMMIGRATION** | | | |
| | | ☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1   Original
Proceeding

☐ 2   Removed from
State Court

☐ 3   Remanded from
Appellate Court

☐ 4   Reinstated or
Reopened

☐ 5   Transferred from
Another District
*(specify)*

☐ 6   Multidistrict
Litigation -
Transfer

☐ 8   Multidistrict
Litigation -
Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐   CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO          DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal.  Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

---

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

   438th Judicial District Court of Bexar County, Texas: No. 2017CI16614; Juan Garcia v. American Security Insurance Company

2. Was jury demand made in State Court?          Yes  ☒          No  ☐

   If yes, by which party and on what date?

   | Plaintiff Juan Garcia | 8/31/2017 |
   |---|---|
   | Party Name | Date |

---

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   | | |
   |---|---|
   | Plaintiff Juan Garcia | Defendant American Security Insurance Company |
   | Robert A. Pollom | Bradley J. Aiken |
   | Jake S. Rogiers | Edison, McDowell & Hetherington, LLP |
   | Ketterman, Rowland & Westlund | 1001 Fannin Street, Suite 2700 |
   | 16500 San Pedro, Suite 302 | Houston, Texas 77002 |
   | San Antonio, Texas 78232 | Phone: (713) 337-5580 |
   | Phone: (210) 490-7402 | Fax: (713) 337-8850 |
   | Fax: (210) 490-8372 | |

---

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

   None

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

   None

---

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim.  For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   None

---

**VERIFICATION:**

/s/ Bradley J. Aiken                                                            10/31/2017
_____         _____
Attorney for Removing Party                                           Date


Defendant American Security Insurance Company
_____
Party/Parties