UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JUAN GARCIA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 5:17-cv-01127-XR |
| § | |
| AMERICAN SECURITY INSURANCE § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Juan Garcia and Defendant American Security Insurance Company (the "Parties") file this Joint Notice of Settlement (the "Motion") as follows:

1. Plaintiff's claims against Defendant shall be dismissed with prejudice to refiling of same; and

2. Each party shall bear its own costs and attorneys' fees in connection with this action.

WHEREFORE, the Parties respectfully request that the Court enter the attached proposed order, that all claims and counterclaims asserted by the parties in this action be dismissed with prejudice, and that the parties each bear their own attorneys' fees and costs of court in connections with this action.

Dated: May 15, 2018

                                                          Respectfully submitted,

                                                          **MCDOWELL HETHERINGTON LLP**

                                                          By: */s/ Bradley J. Aiken*
                                                                Bradley J. Aiken
                                                                State Bar No. 24059361
                                                         1001 Fannin Street
                                                         Houston, Texas 77002

                        Telephone: (713) 337-5580
Facsimile:  (713) 337-8850
Brad.aiken@emhllp.com
*Attorney-in-Charge for Defendant American Security Insurance Company.*

Of Counsel:
Anne Kathryn Hunter
State Bar No. 24104002
MCDOWELL HETHERINGTON LLP
1001 Fannin Street, Suite 2700
Telephone: 713-337-5580
Facsimile:  713-337-8850
Annekathryn.hunter@emhllp.com

      */s/ Jake Rogiers w/ permission*
Jake Rogiers
State Bar No. 24069066
Robert A. Pollom
State Bar No. 24041703
KETTERMAN ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, Texas 78232
Phone: (210) 490-7402
Fax: (210) 490-8372
robert@krwlawyers.com
jake@krwlawyers.com
scott.mechler@krwlawyers.com
*Attorneys for Plaintiff Juan Garcia*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on the following via certified mail, return receipt requested on May 15, 2018:

Robert A. Pollom
Jake S. Rogiers
Scott Mechler
KETTERMAN ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, Texas 78232
Phone: (210) 490-7402
Fax: (210) 490-8372
robert@krwlawyers.com
jake@krwlawyers.com
scott.mechler@krwlawyers.com

                */s/ Anne Kathryn Hunter*
                Anne Kathryn Hunter